UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL LUGO,

       Plaintiff,

v.                                Case No: 6:22-cv-2402-RBD-LHP

PETERS SEA-AIRE CORP.,

       Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

      In accordance with Local Rule 1.07 (c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
                None

      I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Dated: January 3, 2023.

                                                Respectfully submitted,

                                                s/Lee D. Sarkin
                                                DREW M. LEVITT, ESQ.
                                                Florida Bar No. 782246
                                                drewmlevitt@gmail.com
                                                LEE D. SARKIN, ESQ.
                                                Florida Bar No. 962848
                                                LSarkin@aol.com
                                                Counsel for Plaintiff
                                                4700 N.W. Boca Raton Boulevard
                                                Suite 302
                                                Boca Raton, Florida 33431
                                                Telephone (561) 994-6922