# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DANIEL LUGO,

    Plaintiff,

v.                                            Case No. 6:22-CV-2402-RBD-LHP

SEA-AIRE CORP.,

    Defendant.

_____

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff Daniel Lugo, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   N/A

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

   N/A

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   Daniel Lugo – Plaintiff
   Drew M. Levitt – Counsel for Plaintiff
   Lee D. Sarkin – Counsel for Plaintiff

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   None.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   None.

6. Identify each person arguably eligible for restitution:

   Daniel Lugo.

☒  I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

    Respectfully submitted,

    s/Lee D. Sarkin
    DREW M. LEVITT, ESQ.
    Florida Bar No. 782246
    drewmlevitt@gmail.com
    LEE D. SARKIN, ESQ.
    Florida Bar No. 962848
    LSarkin@aol.com
    Counsel for Plaintiff
    4700 N.W. Boca Raton Boulevard
    Suite 302
    Boca Raton, Florida 33431
    Telephone (561) 994-6922