UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL LUGO,

     Plaintiff,

v.                             CASE NO.: 6:22-cv-2402-RBD-LHP

PETERS SEA-AIRE CORP.,

     Defendant.

_____/

## ANSWERS TO COURT'S INTERROGATORIES

I, Daniel Lugo, declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct:

1. Your residential address.

ANSWER: 9162 SW 5th Street, Unit C, Boca Raton, Fl. 33428.

2. The name of your current employer and place of employment.

ANSWER: None.

3. Describe the nature of your disability.

ANSWER: I suffered permanent damage to my spinal cord as a result of a broken neck caused by a motor vehicle collision. I must use a wheelchair to ambulate and I have limited use of my hands and fingers.

1

4. List each of the defendant's websites (including the URL of the website) that you visited that are at issue in this case and the date (s) you visited those websites?

ANSWER: I visited the online reservation systems (described in paragraph 4 of my Complaint) for the Sea Aire Oceanfront Inn (seaairecocoabeach.com and booking.com) on or about December 14, 2022.

5. Did anyone else review or visit the defendant's website with you on the date (s) specified above?  If so, state such person's name (s) and address (es).

ANSWER: No.

6. Describe the purpose of your visit to the website (s).

ANSWER: The purpose of my visit to the websites was to book a hotel room and utilize the goods, services, facilities, privileges, advantages and/or accommodations being offered and/or to test the online reservation systems for compliance with 28 C.F.R. §36.302(e).

7. Specifically list each barrier or deficiency that you personally observed or experienced while visiting the website (s).

ANSWER: The online reservation systems for the Sea Aire Oceanfront Inn do not permit one to make a reservation for an accessible room and they do not identify or describe accessible features at the Hotel, including in the guest rooms; once the online reservation system permits the reserving of an accessible room, which they do not now do: the room must be held until all other rooms of that type have been rented and the accessible room is the only remaining room of that type, the reserved accessible guest room reserved must be removed from all reservations systems, and the accessible guest room reserved through the online reservation system must be held for the reserving customer.  Defendants' online reservation systems fail to comply with any of these requirements.

8. Please specify all the ways in which you allege that the defendant's website fails to comply with 28 C.F.R. 36.302 (e) or with any other applicable law.

ANSWER: When I visited the online reservation systems for the Sa Aire Oceanfront Inn, I tried to make a reservation for an accessible hotel room, since I require an accessible hotel room due to my inability to walk, but it was not possible to make such a reservation. It was possible to reserve a hotel room that was not accessible. For this reason Defendant has no policy, practice, or procedure in place to ensure that individuals with disabilities can make reservations for accessible hotel rooms during the same hours and in the same manner as individuals who do not need accessible hotel rooms. This constitutes a violation of 28 C.F.R. § 36.302(e)(1)(i). When I visited the online reservation systems for the Sea Aire Oceanfront Inn, I searched the sites for the identification and descriptions of accessible features at the Sea Aire Oceanfront Inn and hotel rooms offered through the reservation services so that I could assess independently whether the Sea Aire Oceanfront Inn or a specific hotel room met my accessibility needs in light of my disability but the reservation services contained no such descriptions at all. This constitutes a violation of 28 C.F.R. § 36.302(e)(1)(ii). In light of the foregoing, Defendant also necessarily violated 28 C.F.R. § 36.302(e)(1)(iii)-(v) in that since the online reservation services do not describe any accessible hotel room and do not, in turn, allow the reserving of such accessible hotel room, the Websites cannot hold such an unavailable accessible hotel room in the reservation systems until all other units have been rented, block such unavailable accessible hotel rooms from the systems once reserved, and guaranty that such unavailable accessible hotel rooms will be held for the reserving customer as required by sections (iii) - (v) respectively.

9. Did you take notes or make a contemporaneous record of these barriers (i.e., screen shots or print outs of the website)? If so, please attach a copy to these Answers.

ANSWER: No.

10. Identify the physical location (s) the use and enjoyment of which was impacted by the alleged deficiencies in the defendant's website (s).

ANSWER: The physical location the use and enjoyment of which was impacted by the alleged deficiencies in the defendant's websites was 181 N Atlantic Ave in Cocoa Beach, Florida. The entire hotel is impacted since I am unable to determine

from the websites whether I can even get into the hotel, or any guest room, or utilize any amenities.

11. What is the proximity of the physical locations identified in response to the foregoing interrogatory to your home and place of employment?

ANSWER: The Sea Aire Oceanfront Inn is located approximately 165 miles from my home.  I do not have a place of employment.

12. Describe your past patronage of the defendant's business and any of the physical locations identified in response to the foregoing interrogatories.

ANSWER: None.

13. Describe the definiteness of your plans to visit any physical location associated with the defendant's business, and identify the physical location (s).

ANSWER: At this point, not knowing whether the hotel is accessible to me, I have no definite plans to visit the hotel but I will revisit the online reservation systems within 30 days to determine whether I can use the hotel and to test the online reservation systems for compliance with 28 CFR Section 36.302 (e)(1).

14. Please list any other Title III cases in which you have been a party in this District,

ANSWER: See attached.

_____
DANIEL LUGO

4

# Select A Case

**Daniel Lugo is a plaintiff in 65 cases.**

| | | | | |
|---|---|---|---|---|
| 2:22-cv-00004-JLB-NPM | Lugo v. Resort Hospitality Partners, LLC | filed 01/04/22 | closed 03/17/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:22-cv-00012-JES-MRM | Lugo v. Off The Charts Inn & Out Island Eco Resort, LLC | filed 01/07/22 | closed 03/31/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:22-cv-00066-SPC-NPM | Lugo v. Island Harbor Beach Club, LLC | filed 02/01/22 | closed 08/16/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:22-cv-00108-SPC-MRM | Lugo v. Royal Beach Club Condominium Association, Inc. | filed 02/16/22 | closed 04/15/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:22-cv-00173-SPC-MRM | Lugo v. Tarpon Lodge, LLC | filed 03/18/22 | closed 06/02/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:22-cv-00338-SPC-KCD | Lugo v. Myerside, LLC | filed 05/30/22 | closed 10/07/22 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| 2:22-cv-00396-JES-KCD | Lugo v. Ocean's Reach Condominium Association, Inc. | filed 07/01/22 | closed 09/19/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:22-cv-00397-JES-KCD | Lugo v. Seaside Condominium Association, Inc. | filed 07/01/22 | closed 08/04/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:22-cv-00582-JLB-KCD | Lugo v. Buhelos, Inc. | filed 09/14/22 | closed 12/16/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:22-cv-00601-JLB-KCD | Lugo v. Gasparilla Inn, Inc. | filed 09/20/22 | closed 12/12/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:21-cv-01270-HES-LLL | Lugo v. Coastal Realty & Property Management, Inc. | filed 12/23/21 | closed 04/13/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:21-cv-01272-MMH-JBT | Lugo v. Sea Cottages of Amelia, LLC | filed 12/23/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:21-cv-01281-BJD-JBT | Lugo v. Fyre Holdings II, LLC | filed 12/28/21 | closed 03/23/22 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| 3:22-cv-00036-MMH-PDB | Lugo v. Beacher's Lodge Rentals, Inc. | filed 01/10/22 | closed 02/02/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:22-cv-00247-BJD-MCR | Lugo v. Whetstone | filed 03/07/22 | closed 08/18/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 5:22-cv-00025-JA-PRL | Lugo v. Vacation Village Condominium Association, Inc. | filed 01/18/22 | closed 06/21/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 5:22-cv-00180-JSM-PRL | Lugo v. Aashray, LLC | filed 04/07/22 | closed 06/24/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-00009-CEM-GJK | Lugo v. Vista Cay At Harbor Square Condominium Association, Inc. | filed 01/04/22 | closed 02/24/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-00010-CEM-LHP | Lugo v. New Smyrna Seahorse, LLC | filed 01/04/22 | closed 02/14/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-00040-WWB-LHP | Lugo v. Protogroup South Tower, LLC | filed 01/07/22 | closed 10/19/22 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| 6:22-cv-00635-PGB-LHP | Lugo v. CLC Resort Management, LLC | filed 03/30/22 | closed 06/16/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-00636-WWB-GJK | Lugo v. CLC Fractional Property Owners Club At Encantada Association, Inc. | filed 03/30/22 | closed 06/16/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-00677-WWB-LHP | Lugo v. Idrive Investments, LLC | filed 04/07/22 | closed 05/09/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-00903-WWB-DCI | Lugo v. Dilesh Enterprises, LLC | filed 05/15/22 | closed 06/15/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-01062-CEM-EJK | Lugo v. Holiday Housing Association, Inc. | filed 06/16/22 | closed 08/25/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-01718-WWB-LHP | Lugo v. Roshan Hospitality #2, LLC | filed 09/20/22 | closed 12/21/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-01822-PGB-EJK | Lugo v. Captn Butchers Seafood, LLC | filed 10/05/22 | closed 11/02/22 | 446(Civil Rights: Americans with Disabilities - Other) |

| 6:22-cv-01890-CEM-EJK | Lugo v. 1915 Beach Club, LLC | filed 10/13/22 | closed 11/15/22 | 446(Civil Rights: Americans with Disabilities - Other) |
|---|---|---|---|---|
| 6:22-cv-01891-ACC-LHP | Lugo v. N & A Services, LLC | filed 10/13/22 | closed 11/16/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-01897-PGB-DAB | Lugo v. 735 N Atlantic DB, LLC | filed 10/14/22 | closed 12/19/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-01986-RBD-LHP | Lugo v. Sea Club IV Owners Association, Inc. | filed 10/28/22 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-01988-RBD-DAB | Lugo v. Silver Lake Resort Owners Association, Inc. et al | filed 10/28/22 | closed 12/08/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-01990-ACC-EJK | Lugo v. Capital Vacations, LLC et al | filed 10/28/22 | closed 12/01/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-02263-ACC-DAB | Lugo v. Fantasyworld Management Services, Inc. | filed 12/06/22 | closed 01/03/23 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| 6:22-cv-02334-CEM-LHP | Lugo v. Blue View Beach, LLC | filed 12/15/22 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-02378-PGB-DCI | Lugo v. Alfco, Inc. | filed 12/22/22 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-02380-RBD-EJK | Lugo v. Vacation Villas At Fantasyworld Two Timeshare Owner's Association, Inc. | filed 12/22/22 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:22-cv-02402-RBD-LHP | Lugo v. Peters Sea-Aire Corp. | filed 12/26/22 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:21-cv-02968-MSS-MRM | Lugo v. Veranda Beach Club Condominium Association, Inc. | filed 12/23/21 | closed 07/03/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:21-cv-02997-VMC-SPF | Lugo v. A Beach Retreat Condominium Association, Inc. | filed 12/28/21 | closed 02/11/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:21-cv-02999-MSS-CPT | Lugo v. Sunrise Resort On St. Pete Beach Condominium Association, Inc. | filed 12/28/21 | closed 03/25/22 | 446(Civil Rights: Americans with Disabilities - Other) |

| 8:22-cv-00023-CEH-JSS | Lugo v. Emerald Green Villas Condominium Association, Inc. | filed 01/04/22 | closed 02/15/22 | 446(Civil Rights: Americans with Disabilities - Other) |
|---|---|---|---|---|
| 8:22-cv-00088-VMC-CPT | Lugo v. Villas At Regal Palms Association, Inc. | filed 01/10/22 | closed 03/03/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:22-cv-00138-SCB-TGW | Lugo v. Gulf Gate Association, Inc. | filed 01/18/22 | closed 04/06/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:22-cv-00165-CEH-TGW | Lugo v. Crescent Royale Condominium Association, Inc. | filed 01/20/22 | closed 03/04/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:22-cv-00167-TPB-AEP | Lugo v. Monterey Condominium Motel Association, Inc. | filed 01/20/22 | closed 03/14/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:22-cv-00253-VMC-AAS | Lugo v. Harbor Towers Owners Association, Inc. | filed 01/31/22 | closed 02/28/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:22-cv-00261-VMC-JSS | Lugo v. Sarasota Surf and Racquet Club Condominium Association, Inc. | filed 02/01/22 | closed 03/14/22 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| 8:22-cv-00350-WFJ-CPT | Lugo v. Caprice of St. Petersburg Beach Condominium Association, Inc. | filed 02/10/22 | closed 03/30/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:22-cv-00392-SDM-AAS | Lugo v. Sea Crest Apartments, Inc. | filed 02/16/22 | closed 04/19/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:22-cv-00614-VMC-JSS | Lugo v. CK Resorts JV, LLC | filed 03/16/22 | closed 05/05/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:22-cv-00615-MSS-JSS | Lugo v. Siesta Key Resort, LLC | filed 03/16/22 | closed 05/16/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:22-cv-00696-CEH-MRM | Lugo v. Coral Motel Condominium Association, Inc. | filed 03/25/22 | closed 07/18/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:22-cv-00697-TPB-CPT | Lugo v. Siesta Sands Association, Inc. | filed 03/25/22 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:22-cv-01011-MSS-SPF | Lugo v. Aloha Kai Association, Inc. | filed 04/29/22 | closed 08/01/22 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | |
|---|---|---|---|
| <u>8:22-cv-01125-WFJ-JSS</u> | Lugo v. An Island Getaway, LLC | filed 05/15/22   closed 08/09/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| <u>8:22-cv-01163-KKM-AAS</u> | Lugo v. D. Project USA, Inc. | filed 05/19/22   closed 06/29/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| <u>8:22-cv-01248-WFJ-AEP</u> | Lugo v. 3580 Ulmerton Rd, LLC | filed 05/31/22   closed 10/11/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| <u>8:22-cv-01665-KKM-AEP</u> | Lugo v. Siesta Dunes Condominium Association, Inc. | filed 07/25/22   closed 09/30/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| <u>8:22-cv-01666-CEH-CPT</u> | Lugo v. Horizons West Rental Corporation | filed 07/25/22   closed 09/13/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| <u>8:22-cv-01830-KKM-AAS</u> | Lugo v. Boutique Beach, Inc. | filed 08/10/22   closed 11/08/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| <u>8:22-cv-01845-VMC-AEP</u> | Lugo v. Casto Vacation Properties, LLC | filed 08/12/22   closed 11/23/22 | 446(Civil Rights: Americans with Disabilities - Other) |

| 8:22-cv-02003-VMC-SPF | Lugo v. Coconut Inn, LLC | filed 08/31/22   closed 10/19/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:22-cv-02612-WFJ-CPT | Lugo v. Five Palms Condominium Association, Inc. | filed 11/15/22 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:22-cv-02937-MSS-AEP | Lugo v. Gulf Beach Resort Condominium Association, Inc. | filed 12/26/22 | 446(Civil Rights: Americans with Disabilities - Other) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/04/2023 14:09:37 | | | |
| PACER Login: | lsarkin123 | Client Code: | gg |
| Description: | Search | Search Criteria: | NOS: 446 Last Name: lugo First Name: daniel |
| Billable Pages: | 3 | Cost: | 0.30 |